IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 0:99-659-CMC |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Sean Robert Addison, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's motion for reduction of sentence. ECF No.

536. For the reasons noted below, Defendant's motion is denied for lack of jurisdiction.

Rule 35(a) of the Federal Rules of Criminal Procedure permits a court to "correct a sentence

that resulted from arithmetical, technical, or other clear error" within seven days after the oral

announcement of the sentence. See Rules 35(a) and (c), Fed.R.Crim.P. The sentence was orally

announced on March 28, 2000, and, accordingly, the deadline for any action by the court on a Rule

35(a) motion is well past. Therefore, the court is without jurisdiction to act upon Defendant's

motion in this regard.

Apart from Rule 35(a), a district court has no jurisdiction to alter a defendant's term of

imprisonment except as authorized by 18 U.S.C. § 3582 or 18 U.S.C. § 3742.

Title 18 United States Code § 3582(c) limits the court's authority to modify a final judgment

that includes a sentence of imprisonment to three specific circumstances. *See* 18 U.S.C. § 3582(c)

(the court can modify a judgment (1) upon motion of the Director of the Bureau of Prisons ("BOP")

for statutorily-specified reasons, (2) upon motion of the government for substantial assistance, or

(3) upon motion of the defendant or the BOP, or upon the court's own motion, because of a

subsequent lowering of the applicable sentencing range.). None of these circumstances applies to

1

Defendant.

After an appeal, the court can modify a sentence if the sentence is found by the appellate court to have been imposed in violation of law or imposed as a result of an incorrect application of the sentencing guidelines, as provided for in 18 U.S.C. § 3742. Defendant's conviction and sentence were affirmed on appeal.

Defendant's motion does not allege that any of these circumstances applies; rather, Defendant seeks reduction of his sentence based upon an alleged attack he suffered at the hands of another inmate. The court lacks jurisdiction to modify Defendant's sentence.

Defendant's motion is denied due to lack of jurisdiction.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 30, 2012